**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  15-PO-00127-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  TROY A. OWEN,**

**Defendant.**

---

**ORDER RE: NOTICE OF DISPOSITION & MOTION FOR CHANGE
OF PLEA HEARING [DOC. #12]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

　　The Court has received and reviewed Defendant's Notice of Disposition and Motion for Change of Plea Hearing [Doc. #12], and

　　**IT IS HEREBY ORDERED** that the Motions Hearing set for September 22, 2015 at 3:00 p.m. is VACATED.

　　**IT IS FURTHER ORDERED** that a Change of Plea Hearing is set for October 15, 2015 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado.

**DATED: September 17, 2015.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　**s/David L. West
United States Magistrate Judge**